Anthony J. Fernandez (018342) (afernandez@qpwblaw.com)
Vincent J. Montell (014236) (vmontell@qpwblaw.com)
Michael J. Ponzo (028092) (mponzo@qpwblaw.com)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2398 E. Camelback Road, Suite 760
Phoenix, Arizona 85016
Phone:      (602) 954-5605
Facsimile:  (602) 954-5606
Attorneys for Santander Consumer USA, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, TUCSON

| | |
|---|---|
| VIRGIL K. STIMER;<br><br>           Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC;<br><br>           Defendant. | Case No. 4:11-CV-00557 TUC FRZ<br><br>**STIPULATION FOR DISMISSAL WITH PREJDUICE**<br><br>(Assigned to the Hon. Frank R. Zapata) |

The Parties hereby stipulate that the Complaint and Counter-Claim are dismissed, <u>with prejudice</u>, each party to bear their own costs and fees. No monies have been exchanged for this dismissal.

DATED this 2nd day of ~~March~~ April, 2013.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By_____
Anthony J. Fernandez
Vincent J. Montell
Michael J. Ponzo
**Attorneys for Santander Consumer USA, Inc.**

By:_____
Virgil Stimer, Authorized Signatory for
VIRGIL K STIMER