IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virgil K. Stimer, ) | No. CV 11-557-TUC-FRZ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Santander Consumer USA, Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation (Doc. 100) of the parties, IT IS ORDERED that the Complaint and Counterclaims are dismissed with prejudice with the parties to bear their own costs and fees. The Clerk of the Court shall enter judgment dismissing this case with prejudice and close the file in this case.

DATED this 4th day of April, 2013.

_____
Frank R. Zapata
Senior United States District Judge