# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Virgil Keith Stimer, )<br>)<br>    Petitioner, )<br>)<br>    v. )<br>)<br>Santander Consumer USA Inc., )<br>)<br>    Respondent )<br>_____) | **JUDGMENT IN A CIVIL CASE**<br><br>CV 11-557-TUC-FRZ |

___    **Jury Verdict.** This action came before the Court for a Trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court.** This action case for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 4, 2013, the Complaint and Counterclaims are dismissed with prejudice with the parties to bear their own costs and fees. Judgment is entered.


April 4, 2013                              BRIAN D. KARTH
Date                                       District Court Executive/Clerk

                                           /s/ A. Smith
                                           A. Smith, Deputy Clerk